# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE DETENTION AND** |
| | ) | **PRELIMINARY HEARING** |
| vs. | ) | |
| | ) | |
| Ronald David Long Feather, | ) | Case No.: C1-01-031-01 |
| | ) | |
| Defendant. | ) | |
| | ) | |

___

The court held an initial appearance on December 2, 2005, in Bismarck, North Dakota. At the onset of the hearings, the defendant told the court he wanted to waive his right to the detention and preliminary hearings. Having reviewed the record and questioned the defendant, the court finds that the defendant, having had an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived his right to a detention hearing and a preliminary hearing and consented to be detained pending final disposition of this matter. Further, based upon the defendant's waiver of a preliminary hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant may have committed it.

The court **ORDERS** that the defendant be detained until his transport to Centre, Inc., in Fargo, North Dakota, by the United States Marshal's Service.

Dated this 2nd day of December, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge